### (February 10, 1971)

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. JOHN M. ZAKRZEWSKI, Appellant.—

Herlihy, P. J., Reynolds, Greenblott, Cooke and Sweeney, JJ., concur.